## (February 9, 1967)

■ GENERAL ELECTRIC CREDIT CORPORATION, Appellant, v. JOHN MORRELLO, Respondent, et al., Defendant.— Motion for reargument denied, and motion for permission to appeal to the Court of Appeals denied as premature (CPLR 5512, subd. [a]), without costs. Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD J. LEONARD, Appellant.— Motion for permission to proceed as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and six typewritten copies of the brief and appendix. Edward S. Dermody, Esq., 709 Marine Midland Building, Binghamton, assigned to represent defendant upon this appeal, pursuant to section 722 of the County Law. Cross motion to dismiss appeal, from order denying motion for resentence and to vacate judgment of conviction rendered in County Court of Broome County on October 19, 1962, denied. The order, insofar as it denied the motion to vacate the judgment, is appealable (Code Crim. Pro., § 517; People v. Bennett, 26 A D 2d 962). Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT JOSEPH BUCK, Appellant.— Application for permission to proceed as a poor person and assignment of counsel upon appeal from order denying motion to compel respondent to produce original confession for examination and copying denied, and purported appeal dismissed, on the ground that no appeal lies therefrom (Code Crim. Pro., § 517). Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.

■ In the Matter of the Claim of ARTHUR E. GOLDMAN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to dismiss appeal denied, without prejudice to its renewal on notice to all interested persons (CPLR 1021). Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr.. JJ., concur.

■ NEW YORK BUSINESS DEVELOPMENT CORPORATION, Respondent, v. GILBERT'S HOTEL, INC., et al., Defendants, and A. GORDON & SONS, INC., et al., Appellants.— Motion for a stay granted, on condition appellants shall, on or before February 15, 1967, deposit with the County Clerk $500, or furnish a surety bond in the same amount, as security for damages which may be caused as a result of the stay herein; and on the further condition that appellants make application to settle the record on appeal pursuant to subdivision e of rule 2 of this court's rules within five days after entry of the order herein. Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.

■ SARATOGA HARNESS RACING ASSOCIATION, INC., Respondent, v. JESSE Moss et al., Defendants, and DAVID BUCKSON et al., Appellants.— Motion for reargument denied, without costs. CPLR 302 (subd. [a], par. 3) does not apply to actions instituted prior to its effective date (Simonson v. International Bank, 14 N Y 2d 281). Gibson, P. J., Herlihy, Reynolds and Staley, Jr., JJ., concur. [26 A D 2d 486.]

## (February 10, 1967)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NORBERT HARRIS, Also Known as JAMES CLARK, Appellant, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent.— Judgment affirmed, without costs. (See People v. Porter, 19 A D 2d 928, affd. 14 N Y 2d 785.) Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.